**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Darian Avery HUNTLEY, Defendant—
Appellant.**

No. 08–7744.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 10, 2009.

Decided: Sept. 14, 2009.

Darian Avery Huntley, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darian Huntley appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Huntley*, No. 4:06–cr–00478–RBH–1 (D.S.C. Aug. 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*